TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email:       tlallas@lsl-la.com

Attorneys for Plaintiff
SQUARE 1 BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>                    Plaintiff,<br><br>        vs.<br><br>HENRY LO, an individual; and<br>ABSOLUTELYNEW, INC., a California<br>corporation,<br><br>                    Defendants. | Case No. C 12-05595 JSC<br><br>**ORDER DISMISSING ACTION<br>AS TO DEFENDANT<br>ABSOLUTELYNEW, INC.** |

-i-

The Court having considered the Request for Voluntary Dismissal of Action Against Defendant AbsolutelyNew, Inc. Pursuant to Settlement, filed by Plaintiff Square 1 Bank pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to a written Stipulation for Settlement executed by Plaintiff and Defendant AbsolutelyNew, Inc. ("ANI") at a mediation in this matter on November 14, 2013, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned action against ANI is dismissed on the following terms:

1. The Action is dismissed against ANI with prejudice;

2. Notwithstanding this dismissal, the Court reserves jurisdiction to hear and determine a motion (a) to enforce the Stipulation for Settlement, pursuant to California Code of Civil Procedure 664.6 and/or (b) a motion for a determination that the settlement between Plaintiff and ANI is a good faith settlement pursuant to California Code of Civil Procedure 877.6; and

3. Defendant Henry Lo is not hereby dismissed and remains a party to this action.

DATED:   January 7             , 2014

_Jacqueline S. Corley_
UNITED STATES MAGISTRATE JUDGE
Hon. Jacqueline Scott Corley

30089

-1-

Order Dismissing Action as to
Defendant AbsolutelyNew, Inc.
Case No. C 12-05595 JSC