UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SQUARE 1 BANK,
        Plaintiff,

v.

HENRY LO,
        Defendant.

Case No. 12-cv-05595-JSC

**ORDER CONTINUING CMC AND VACATING HEARING ON MOTION**

Now pending before the Court is Third Party Defendants' Motion to Dismiss. (Dkt. No. 83.) The Court is also in receipt of the parties' joint case management conference statement. (Dkt. No. 89.) Upon review of the motion papers and the case management conference statement, including the parties' request that the conference be continued for 60 days, the Court vacates the motion hearing and continues the case management conference to **October 30, 2014 at 1:30 p.m.** The Court will issue a written order on the pending motion to dismiss.

    **IT IS SO ORDERED.**

Dated: August 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge