UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>HENRY LO, et al.,<br><br>        Defendants. | Case No.  12-cv-05595-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' joint case management conference statement (Dkt. No. 97), the case management conference scheduled for October 30, 2014 is continued to January 8, 2015 at 1:30 p.m.  The parties shall submit an updated case management conference statement with a proposed schedule through trial on or before January 5, 2015.

**IT IS SO ORDERED**.

Dated: October 28, 2014

*Jacqueline S. Corley*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge