1  TOM LALLAS (SBN 66512)
2  MARK D. HURWITZ (SBN 151159)
   LEVY, SMALL & LALLAS
3  A Partnership Including Professional Corporations
   815 Moraga Drive
4  Los Angeles, California  90049
   Telephone:  (310) 471-3000
5  Facsimile:   (310) 471-7990
6  Email:       tlallas@lsl-la.com

7  Attorneys for Plaintiff
   SQUARE 1 BANK
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | SQUARE 1 BANK,                         | Case No.  C 12-05595 JSC
14 |                                        |
15 |                 Plaintiff,             | [~~PROPOSED~~] ORDER CONTINUING CASE
   |                                        | MANAGEMENT CONFERENCE
16 |         vs.                            | PURSUANT TO STIPULATION
17 | HENRY LO, an individual; and           | Date:    May 14      , 2015
   | ABSOLUTELYNEW, INC., a California      | Time:    1:30 p.m.
18 | corporation,                           | Ctrm:    F
19 |                 Defendants.            |

                                    -1-                    [~~PROPOSED~~] ORDER CONTINUING
                                                           CASE MANAGEMENT CONFERENCE

The Court having considered the Stipulation to Continue Case Management Conference executed by all parties herein, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Case Management Conference previously scheduled for April 23, 2015 is continued to May 14, 2015 at 1:30 p.m. in Courtroom F, and that all deadlines associated with the Case Management Conference are continued accordingly.

DATED: April 21, 2015

*Jacqueline Scott Corley*
UNITED STATES MAGISTRATE JUDGE

31353

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On April 20, 2015, I served the following documents described as: **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION** on the interested parties in this action as follows:

John O'Connor, Esq.
O'Connor and Associates
201 Mission Street, Suite 710
San Francisco, CA 94105
Email: john@joclaw.com

☒   By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated above.

☒   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed April 20, 2015, at Los Angeles, California.

_____
Katie Finn