TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:   (310) 471-3000
Facsimile:   (310) 471-7990
Email:       tlallas@lsl-la.com

Attorneys for Plaintiff
SQUARE 1 BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>            Plaintiff,<br><br>    vs.<br><br>HENRY LO, an individual; and ABSOLUTELYNEW, INC., a California corporation,<br><br>            Defendants. | Case No.  C 12-05595 JSC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION<br><br>Date:     July 9         , 2015<br>Time:    1:30 p.m.<br>Ctrm:    F |

-1-   [~~PROPOSED~~] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

The Court having considered the Stipulation to Continue Case Management Conference executed by all parties herein, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Case Management Conference previously scheduled for May 14, 2015 is continued to ___July 9___, 2015 at 1:30 p.m. in Courtroom F, and that all deadlines associated with the Case Management Conference are continued accordingly.

DATED: ___May 11___, 2015

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

31409

-2-    [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE