UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>        Plaintiff,<br><br>   v.<br><br>HENRY LO,<br><br>        Defendant. | Case No. 12-cv-05595-JSC<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

      The Court is in receipt of the parties' joint case management conference statement (Dkt. No. 115). The parties seek to continue, again, the case management conference for 60 days. The parties' request is denied. Counsel may appear by telephone at the conference through court call and should contact Court Call at 1-888-882-6878 to make the arrangements. Counsel should be prepared to discuss a timeline and process for finalizing the purported settlement.

      **IT IS SO ORDERED.**

Dated: September 8, 2015

                                              JACQUELINE SCOTT CORLEY
                                              United States Magistrate Judge