TOM LALLAS (SBN 66512)
MARK D. HURWITZ (SBN 151159)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone:  (310) 471-3000
Facsimile:  (310) 471-7990
Email:  tlallas@lsl-la.com

Attorneys for Plaintiff
Square 1 Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUARE 1 BANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HENRY LO, an individual; and ABSOLUTELYNEW, INC., a California corporation,<br><br>　　　　Defendants. | Case No. C 12-05595 JSC<br><br>**Date:**　January 7, 2016<br>**Time:**　9:00 a.m.<br>**Ctrm:**　F<br><br>**STATEMENT OF PLAINTIFF SQUARE 1 BANK RE STIPULATION FOR JUDGMENT AND PENDING MOTION FOR SUMMARY JUDGMENT** |

Defendant Henry Lo has signed a Stipulation for Entry of Judgment ("Stipulation") in the above-captioned matter that, when fully executed by all parties and filed with the Court, will resolve this matter. Counsel for plaintiff Square 1 Bank ("Square 1") hopes to have received all signatures on the Stipulation on or before the scheduled January 7, 2016 hearing date for Square 1's pending Motion for Summary Judgment, Partial Summary Judgment, or Summary Adjudication Against Defendant Henry Lo ("Motion"). Accordingly, Square 1 respectfully requests that the Court continue the hearing on the Motion so that the Stipulation may be fully executed and filed, and Judgment entered pursuant thereto, without the Court having to hear and determine the Motion.

DATED: December 30, 2015

Respectfully submitted,

TOM LALLAS
MARK D. HURWITZ
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/ Mark D. Hurwitz
       Mark D. Hurwitz

Attorneys for Plaintiff
Square 1 Bank

31952

```
The hearing for Motion for Summary Judgment is
continued to 9:00 a.m. on 1/28/2016.
```

Dated: 1/4/2016



GRANTED
Judge Jacqueline Scott Corley

Statement re Stipulation for Judgment and Pending Motion for Summary Judgment
Case No. C 12-05595 JSC